

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| V. § § | CRIMINAL NO. |
| OLE HOUGEN § § § | CR 20 71395 MAG |

CERTIFICATE OF THE ASSISTANT ATTORNEY GENERAL

I, Eric S. Dreiband, hereby certify that in my judgment, prosecution by the United States of Ole Hougen for violations of Title 18, United States Code, § 249, on or about July 5, 2020, is in the public interest and is necessary to secure substantial justice. This certification is made pursuant to Title 18, United States Code, § 249(b).

Signed this 11th day of September, 2020.

_____
ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division