FILED

OCT 1 - 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
marissa.harris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 20-CR-71395 MAG |
|---|---|
| Plaintiff, | ) |
| v. | ) PETITION FOR WRIT OF HABEAS CORPUS |
| | ) AD PROSEQUENDUM |
| OLE HOUGEN, | ) |
| Defendant. | ) |

TO:   The Honorable Virginia K. DeMarchi, United States Magistrate Judge for the Northern District of California

Assistant United States Attorney Marissa Harris respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner OLE HOUGEN, whose place of custody or jailor are set forth in the requested Writ, attached hereto.

The prisoner, OLE HOUGEN, is required to appear as a defendant in the above-entitled matter in this Court on the date identified in the writ and for all future hearings, and therefore petitioner prays that the Court issue the Writ as presented.

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
20-CR-71395 MAG

| | | |
|---|---|---|
| 1 | Dated: October 1, 2020 | Respectfully Submitted, |
| 2 | | DAVID L. ANDERSON |
| 3 | | United States Attorney |
| 4 | | /s/ |
| 5 | | Marissa Harris<br>Assistant United States Attorney |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
20-CR-71395 MAG

1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061

7 | FAX: (408) 535-5066
marissa.harris@usdoj.gov

8

Attorneys for United States of America

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN JOSE DIVISION

12

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 20-CR-71395 MAG |
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| OLE HOUGEN, | ) |
| Defendant. | ) |

Upon motion of the United States of America, and good cause appearing therefore, IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant OLE HOUGEN, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: October 1, 2020

*Virginia K. DeMarchi* (signature)
Hon. Virginia K. DeMarchi
United States Magistrate Judge

[PROPOSED] ORDER
20-CR-71395 MAG

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DONALD O'KEEFE, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Jailor/Warden, Roundtree Facility, 90 Roundtree Lane, Watsonville, California 95076:

Pursuant to the foregoing petition and order, you are directed to produce the body of OLE HOUGEN (DOB: 07/18/1976; Inmate # S264788), who is in the custody of Roundtree Facility, 90 Roundtree Lane, Watsonville, California 95076, before the Duty Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, on **October 29, 2020**, at **10:30 AM**, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release OLE HOUGEN from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: OCT 1 2020

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: *Gita F. Escolar*
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
20-CR-71395 MAG