UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** January 12, 2021  **Time:** 11:14-11:33 a.m.  **Judge:** Edward J. Davila

**Total Time:** 19 Mins.

**Case No.**: 20-cr-00432-EJD-1  **Case Name:** UNITED STATES v. Ole Hougen(NP)(WAIVED)

**Attorney for Plaintiff:** Marissa Harris, Michael Johnson Songer

**Attorney for Defendant:** Severa Keith

**Deputy Clerk:** Adriana M. Kratzmann  **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A  **Probation Officer:** N/A

### PROCEEDINGS – FURTHER STATUS CONFERENCE
Via Zoom Webinar Remotely due to COVID19

Defendant is not present, and a waiver of appearance was filed (Dkt. 40 filed 1/11/2021). The parties consent to the proceeding being held via Zoom video due to COVID19. Hearing held.
The Court set a Jury Trial date of Tuesday, March 30, 2021 at 9:00 a.m. The estimate length of trial is 7 court days. The tentative trial schedule is as follows: March 30, 31, April 1(PM), 2, 5 (PM), 6, 7, 9, 12(PM), 13 and 14/2021. The Court set a pretrial conference date of Friday, March 19, 2021 at 1:00 pm (estimate length 2-3 hrs) special set and scheduled with the SRJ calendar.
Pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial, and excluded time from 1/12/2021 through and including 3/30/2021. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

**CASE CONTINUED TO: March 19, 2021 1:00 P.M. for Pretrial Conference.**
**Jury Trial set for March 30, 2021 at 9:00 a.m.**

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC:

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that is either: (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment.

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

**EXCLUDABLE DELAY:**
Category – Effective preparation of Counsel.
Begins – 1/12/2021
Ends – 3/30/2021

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

*Adriana M. Kretzmann*
**Adriana M. Kretzmann**
**Courtroom Deputy**
**Original: Efiled**
**CC:**