GEOFFREY HANSEN
Assistant Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
8th Floor – Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:   (408) 291-7399
Email:       Severa_Keith@fd.org

Counsel for Defendant HOUGEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-00432 EJD |
| Plaintiff, | **DEFENDANT'S PRETRIAL CONFERENCE STATEMENT** |
| v. | |
| OLE HOUGEN | Pretrial Conference:   March 22, 2021<br>Trial Date:              March 30, 2021 |
| Defendant. | |
| | **Honorable Edward J. Davila** |

Defendant Ole Hougen by and through counsel, respectfully submits the following Pretrial Conference Statement. Crim. L.R. 17.1-1(b).

**(1) Disclosure and contemplated use of statements or reports of witnesses under the Jencks Act, 18 U.S.C. § 3500, or Fed. R. Crim. P. 26.2;**

The defense plans to produce reports and statements prior to the pretrial conference.

**(2) Disclosure and contemplated use of grand jury testimony of witnesses intended to be called at the trial;**

    Grand jury testimony have been received, and they may be used during the trial testimony of those witnesses.

**(3) Disclosure of exculpatory or other evidence favorable to the defendant on the issue of guilt or punishment;**

    Discovery of this nature has been produced to the defense, but counsel does not know whether additional materials are forthcoming, given ongoing investigation.

**(4) Stipulation of facts which may be deemed proved at the trial without further proof by either party and limitation of witnesses;**

    The parties have not conferred regarding stipulations.

**(5) Appointment by the Court of interpreters under Fed. R. Crim. P. 28;**

    No interpreters are needed by the defense in this matter.

**(6) Dismissal of counts and elimination from the case of certain issues, e.g., insanity, alibi and statute of limitations;**

    The defense has filed a motion to dismiss the indictment that is pending.

**(7) Joinder pursuant to Fed. R. Crim. P. 13 or the severance of trial as to any co-defendant;**

    Not Applicable.

**(8) Identification of informers, use of lineup or other identification evidence and evidence of prior convictions of defendant or any witness, etc.;**

    Motions in Limine are pending that address the use of prior convictions of witnesses and defendant.

**(9) Pretrial exchange of lists of witnesses intended to be called in person or by deposition to testify at trial, except those who may be called only for impeachment or rebuttal;**

    The defense has submitted an initial witness list and plans to supplement it prior to the start of trial.

**(10) Pretrial exchange of documents, exhibits, summaries, schedules, models or diagrams intended to be offered or used at trial, except materials that may be used only for impeachment or rebuttal;**

    The defense has provided discovery to the government.  Exhibits and witnesses will be identified to the government prior to the pretrial conference.  Exhibits and witnesses may change depending on the evidence proved during the government case-in-chief.

**(11) Pretrial resolution of objections to exhibits or testimony to be offered at trial;**

    The parties have not yet conferred on this point.

**(12) Preparation of trial briefs on controverted points of law likely to arise at trial;**

    The defense has not submitted a trial brief.

**(13) Scheduling of the trial and of witnesses;**

    The trial is anticipated to start on time.  Potential witnesses have been identified and have been or will be subpoenaed.

**(14) Request to submit questionnaire for prospective jurors pursuant to Crim. L.R. 24-1, voir dire questions, exercise of peremptory and cause challenges and jury instructions;**

    The defense would like to submit a juror questionnaire.  Counsel anticipates that challenges and jury instructions will be discussed at the Pretrial Conference.

(15) **Any other matter which may tend to promote a fair and expeditious trial**.

Dated: March 12, 2021                            Respectfully submitted,

                                                    GEOFFREY HANSEN
                                                    Federal Public Defender

                                                              /S/

                                                    SEVERA KEITH
                                                   Assistant Federal Public Defender