GEOFFREY HANSEN
Assistant Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
8th Floor – Suite 820
55 South Market Street
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Severa_Keith@fd.org

Counsel for Defendant HOUGEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-00432 EJD |
| Plaintiff, | **DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS** |
| v. | |
| OLE HOUGEN | Pretrial Conference: March 22, 2021 |
| Defendant. | Trial Date: March 30, 2021 |
| | **Honorable Edward J. Davila** |

Defendant Ole Hougen by and through counsel, respectfully requests that the following questions be posed by the Court to the venire, either in a questionnaire or in open court:

1. Have you ever served on a jury? Was the case civil or criminal? Were you able to reach a verdict?

2. What clubs or organizations do you belong to? Do you belong to any organizations concerned with criminal law or the criminal justice system?

3. Have you ever applied for a job or worked for a law enforcement agency or in the military or security field? Have any of your close friends or relatives ever applied for a job or worked for a law enforcement agency or in the military or security field?

4. Have you ever applied for a job or worked in the legal field? Do you have any legal training? Have any of your close friends or relatives ever applied for a job or worked in the legal field?

5. There may be one or more law enforcement officers or agents who will testify in this case. Will the fact that a person is a law enforcement officer make you trust him or her more than any other witness? Would you tend to give any greater weight or credibility, no matter how slight, to the testimony of a law enforcement officer or government witness because they are employees of, or are testifying on behalf of, the government?

6. There may be one or more experts who will testify in this case. Will the fact that a person is an expert in their field make you trust him or her more than any other witness? Would you tend to give any greater weight or credibility, no matter how slight, to the testimony of an expert as compared to a lay witness?

7. Have you, a member of your family, or a friend been a victim of a crime? If so, what effect if any would that fact have on your ability to be fair and impartial in deciding whether Mr. Hougen is guilty or not guilty of the charges in this case?

8. Have you, a member of your family been the victim of harassment based on your gender, your race or ethnic identity, or sexual orientation?

9. Do you think that Mr. Hougen must have done something wrong or he would not be here today?

10. Mr. Hougen is presumed to be innocent unless and until he is proven guilty beyond a reasonable doubt. Do you have any trouble giving him the benefit of this presumption of innocence without any mental reservations whatsoever?

11. Mr. Hougen is not required to testify. What are your thoughts about whether or not a defendant should testify?

12. If after hearing all the evidence in this case, you thought that Mr. Hougen was probably guilty, but you were not convinced beyond a reasonable doubt, would you have trouble returning a verdict of not guilty?

13. Could you return a verdict of not guilty, even if you find the charged crime to be morally reprehensible?

14. Will you be concerned about later criticism should you return a verdict of not guilty?

15. I will instruct you what the law is at the conclusion of the case. If selected as a juror, you will take an oath to follow the law. Does anyone think you would have trouble following the law if you disagree with it?

16. This is a criminal case in which the government must prove guilt beyond a reasonable doubt. Does anyone have any difficulty in holding the government to its burden?

17. Here are some fundamental principles of law:

    a. The fact that an indictment has been filed raises no presumption whatsoever of the guilt of the defendant.

    b. The United States government must satisfy you beyond a reasonable doubt of the guilt of the defendant.

    c. The defendant does not have any obligation to testify or to produce any evidence and you may not draw an adverse inference if the defendant chooses not to testify.

    d. The defendant is presumed to be innocent until his guilt is established beyond a reasonable doubt.

    e. You must wait until all of the evidence has been presented before making up your minds as to the innocence or guilt of the defendant.

    f. Does anyone believe that they would have any difficulty following these principles of law?

18. Is there anything about the nature of the charge or your personal experience which you have not disclosed that makes you believe that you could not be fair and impartial in reaching a verdict in this case?

Dated: March 12, 2021

Respectfully submitted,

GEOFFREY HANSEN
Federal Public Defender

_____/S/_____

SEVERA KEITH
Assistant Federal Public Defender