GEOFFREY HANSEN
Assistant Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
8th Floor – Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:   (408) 291-7399
Email:   Severa_Keith@fd.org

Counsel for Defendant HOUGEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-00432 EJD |
| Plaintiff, | **DEFENDANT'S PROPOSED FORM OF VERDICT** |
| v. | |
| OLE HOUGEN | Pretrial Conference:   March 22, 2021<br>Trial Date:   March 30, 2021 |
| Defendant. | |
| | **Honorable Edward J. Davila** |

Defendant Ole Hougen by and through counsel, respectfully requests that the following Form of Verdict be used in this case.

Dated: March 12, 2021

Respectfully submitted,

GEOFFREY HANSEN
Federal Public Defender

_____/S/_____

SEVERA KEITH
Assistant Federal Public Defender

1

DEFENDANT'S FORM OF VERDICT
CR 20-432 EJD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

OLE HOUGEN

    Defendant.

CASE NO. CR 20-00432 EJD

**VERDICT FORM**

We, the Jury, unanimously find the defendant, RANDY JOE METCALF, _____ of the crime of willfully causing bodily injury to S.B. because of S.B.'s actual or perceived race and color, as charged in the Indictment.

If you unanimously find the defendant not guilty of the above crime, have your foreperson write, "not guilty" in the blank space above, and sign and date this Verdict Form.

If you unanimously and beyond a reasonable doubt find the defendant guilty of the above crime, have your foreperson write "guilty" in the blank space above, and sign and date this Verdict Form.