STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

MICHAEL J. SONGER (DCBN 975029)
Trial Attorney, Civil Rights Division

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    marissa.harris@usdoj.gov
    michael.songer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00432 EJD |
| Plaintiff, | GOVERNMENT'S REVISED WITNESS LIST |
| v. | |
| OLE HOUGEN, | |
| Defendant. | |

    The United States hereby provides notice to the Court and to the defendant of the witnesses it may call in its case-in-chief at the trial of defendant Ole Hougen. This list is intended to be inclusive. The government may not call all of the witnesses on this list. The government reserves the right to supplement this list as trial preparations progress and call rebuttal witnesses as necessary. The government will notify the defendant of any changes to its witness list.

1. <u>Kevin Bailey</u>: Santa Cruz Police Officer who will testify about the investigation and arrest of Hougen for the July 5, 2020 racially motivated knife attack in Santa Cruz, California, to include interviews of witnesses to the attack, photographs and body worn camera footage taken, Hougen's conduct and demeanor upon arrest, and racial taunts and slurs uttered by Hougen while in custody.

2. <u>Samuel Battle</u>: Eyewitness and victim who will testify about Hougen's July 5, 2020 racially motivated knife attack in Santa Cruz, California, to include the unprovoked nature of the attack, Hougen's conduct and demeanor, and the racial slurs Hougen screamed at him while slashing at his head and body with a knife.

3. <u>Juan Becerra</u>: Santa Cruz Police Officer who will testify about the investigation and arrest of Hougen for the July 5, 2020 racially motivated knife attack in Santa Cruz, California, to include interviews of witnesses to the attack, photographs and body worn camera footage taken, Hougen's conduct and demeanor upon arrest, and racial taunts and slurs uttered by Hougen while in custody.

4. <u>Kyle Biebesheimer</u>:  FBI Special Agent who will testify about information uncovered during the FBI's investigation into Hougen and his history of racial violence.

5. <u>Wendy Campbell</u>: Eyewitness who will testify about Hougen's conduct and demeanor during the July 5, 2020 racially motivated knife attack in Santa Cruz, California, to include her decision to report the attack to police.

6. <u>Joshua Garcia</u>: Santa Cruz Police Officer who will testify about the investigation and arrest of Hougen for the July 5, 2020 racially motivated knife attack in Santa Cruz, California, to include interviews of witnesses to the attack, photographs and body worn camera footage taken, Hougen's conduct and demeanor upon arrest, and racial taunts and slurs uttered by Hougen while in custody.

7. <u>Henry Garrison</u>: Eyewitness and victim who will testify about Hougen's August 29, 2014 racially motivated attack in Petaluma, California, to include the unprovoked nature of the attack, Hougen's conduct and demeanor, the threats and racial slurs Hougen yelled at him during the attack, and the actions taken by himself and others to subdue Hougen.

8. <u>Elizabeth Green</u>:  FBI Special Agent who will testify about information uncovered during the FBI's investigation into Hougen and his history of racial violence.

9. <u>Jared Herbert</u>: Redding Police Officer who will testify about the investigation and arrest of Hougen for the December 29, 2018, racially motivated attack in Redding, California, to include interviews of witnesses to the attack, any photographs or body worn camera footage taken, Hougen's conduct and demeanor upon arrest, and any threats or racial slurs uttered by Hougen while in custody.

10. <u>Mike Johnson</u>: Eyewitness who will testify about Hougen's August 29, 2014 racially motivated attack in Petaluma, California, to include the unprovoked nature of the attack, Hougen's conduct and demeanor, the threats and racial slurs Hougen yelled during the attack, and the actions taken by himself and others to subdue Hougen.

11. <u>Eric Jordan</u>: Eyewitness and victim who will testify about Hougen's December 29, 2018 racially motivated attack in Redding, California, to include the unprovoked nature of the attack, the threats and racial slurs Hougen screamed at him while punching his head and body, Hougen's conduct and demeanor, and any injuries sustained during the attack.

12. <u>Mark Klouda</u>: Eyewitness who will testify about Hougen's April 8, 2018 racially motivated attack on an Amtrak train in Klickitat County, Washington, to include Hougen's conduct and demeanor, the threats and racial slurs Hougen screamed during the attack, and the actions taken by himself and others to subdue Hougen.

13. <u>Jesse Massey</u>: Eyewitness and victim who will testify about Hougen's April 8, 2018 racially motivated attack on an Amtrak train in Klickitat County, Washington, to include the unprovoked nature of the attack, Hougen's conduct and demeanor, the threats and racial slurs Hougen screamed at him and others during the attack, any injuries sustained during the attack, and the actions taken by himself and others to subdue Hougen.

14. <u>Carlos Nunez</u>: Eyewitness who will testify about Hougen's conduct and demeanor during the July 5, 2020, racially motivated knife attack in Santa Cruz, California, to include his decision to report the attack to police.

15. <u>Casey Steen</u>: Eyewitness who will testify about Hougen's conduct and demeanor during the July

5, 2020 racially motivated knife attack in Santa Cruz, California, to include racial slurs Hougen screamed at the victim while slashing at his head and body with a knife.

16. <u>Brittany Steinwach</u>: Eyewitness and victim who will testify about Hougen's April 8, 2018 racially motivated attack on an Amtrak train in Klickitat County, Washington, to include the unprovoked nature of the attack, Hougen's conduct and demeanor, and the threats and racial slurs Hougen screamed at her and others during the attack.

DATED:  March 26, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

_____/s/_____
MARISSA HARRIS
Assistant United States Attorney

MICHAEL J. SONGER
Trial Attorney, Civil Rights Division