STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

MICHAEL J. SONGER (DCBN 975029)
Trial Attorney, Civil Rights Division

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    marissa.harris@usdoj.gov
    michael.songer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 20-CR-00432 EJD |
|---|---|---|
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SECOND REVISED EXHIBIT |
| v. | ) | LIST |
| | ) | |
| OLE HOUGEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    At the trial of this case, the United States may offer the exhibits set forth on the attached list.

The government may revise this list as trial preparations continue.

DATED:  March 26, 2021                         Respectfully submitted,

                                        STEPHANIE M. HINDS
                                        Acting United States Attorney

                                  _____/s/_____
                                        MARISSA HARRIS
                                        Assistant United States Attorney

                                        MICHAEL J. SONGER
                                        Trial Attorney, Civil Rights Division

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No.:   20-CR-00432 EJD          Date:  March 30, 2021

United States of America  v. Ole Hougen

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT NUMBER | DATE | | STARTING BATES NUMBER | DESCRIPTION |
|---|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | | |
| 1 | | | USA-0000004 | Image of intersection (San Lorenzo and Broadway) |
| 2 | | | USA-0000005 | Image of intersection (San Lorenzo and Broadway) |
| 3 | | | USA-0000006 | Image of street (San Lorenzo) |
| 4 | | | USA-0000007 | Image of walking path |
| 5 | | | USA-0000008 | Image of walking path |
| 6 | | | USA-0000012 | 911 call (W.C.) |
| 7 | | | USA-0000013 | 911 call (C.N.) |
| 8 | | | USA-0000317 | Video clip of J. Garcia body worn camera footage (44:14-45:30) |
| 9 | | | USA-0000323 | Video clip of K. Bailey body worn camera footage (0:29-1:57) |
| 10 | | | USA-0000428 | Image of S.B. |
| 11 | | | USA-0000429 | Image of S.B. |
| 12 | | | USA-0000431 | Image of S.B.'s sheath |
| 13 | | | USA-0000436 | Image of Ole Hougen's knife |
| 14 | | | USA-0000525 | Certified conviction record from 2014 Petaluma, CA case |
| 15 | | | USA-0000533 | Certified conviction record from 2018 Redding, CA case |
| 16 | | | USA-0000548 | Certified conviction record from 2018 Klickitat, WA case |
| 17 | | | N/A | Knife recovered from Ole Hougen |

| EXHIBIT NUMBER | DATE | | STARTING BATES NUMBER | DESCRIPTION |
|---|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | | |
| 18 | | | USA-0000058 | Picture of Ole Hougen from July 5, 2020 |
| 19 | | | USA-0000741 | Picture of Eric Jordan from December 29, 2018 |
| 20 | | | USA-0000742 | Picture of Eric Jordan from December 29, 2018 |
| 21 | | | USA-0000855 | Satellite image of intersection of Broadway and San Lorenzo Boulevard |