STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

MICHAEL J. SONGER (DCBN 975029)
Trial Attorney, Civil Rights Division

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    marissa.harris@usdoj.gov
    michael.songer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00432 EJD |
| Plaintiff, | JOINT TRIAL STIPULATION AND [PROPOSED] ORDER |
| v. | |
| OLE HOUGEN, | |
| Defendant. | |

Defendant Ole Hougen and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the jurors may be provided with the following written information, in lieu of testimony, regarding the forensic examination of the knife recovered from Mr. Hougen on July 5, 2020:

> "The knife recovered from Mr. Hougen was sent to the FBI's Forensic Laboratory in Quantico, VA. The lab tested the knife for blood and any traceable fingerprints, hair, fibers, or DNA. No evidence of blood was found on the knife. No evidence of traceable fingerprints, hair, fibers, or DNA was found on the knife."

TRIAL STIPULATION
20-CR-00432 EJD
1

IT IS SO STIPULATED.

DATED: March 28, 2021                    Respectfully submitted,

                                         STEPHANIE M. HINDS
                                         Acting United States Attorney

                                                   /s/
                                         MARISSA HARRIS
                                         Assistant United States Attorney

                                         MICHAEL J. SONGER
                                         Trial Attorney, Civil Rights Division


                                         GEOFFREY A. HANSEN
                                         Acting Federal Public Defender

                                                   /s/
                                         SEVERA KEITH
                                         TAMARA CREPET
                                         Assistant Federal Public Defenders


### [PROPOSED] ORDER

Upon agreement and stipulation of the defendant Ole Hougen, and the United States, and their respective counsel, IT IS HEREBY ORDERED that the above written information will be provided to the jurors regarding the forensic examination of the knife recovered from defendant Ole Hougen on July 5, 2020.

IT IS SO ORDERED.


DATED: _____        _____
                         HONORABLE EDWARD J. DAVILA
                         United States District Judge