UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** March 29, 2021  **Time:** 10:07-11:20 am  **Judge:** Edward J. Davila
**Total Time:** 1 Hr. 13 Mins.

**Case No.:** 20-cr-00432-EJD-1  **Case Name:** UNITED STATES v. Ole Hougen(P)(C)

**Attorney for Plaintiff:** Marissa Harris, Michael Songer

**Attorney for Defendant:** Severa Keith, Tamara Crepet

**Deputy Clerk:** Adriana M. Kratzmann  **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A  **Probation Officer:** N/A

### PROCEEDINGS – STATUS CONFERENCE
### IN-COURT Via AT&T Telephone Conference

Defendant is present and in-custody. Hearing held.
Defense requests a continuance. The Court GRANTS a short continuance.
The Court continued jury selection/trial to Friday, April 2, 2021 at 9:00 a.m. A Further Status Conference scheduled for Wednesday, March 31, 2021 at 10:00 a.m. Deadline for defense brief due 3/30/2021 by 6pm. The Government to orally respond to the defense brief at the hearing on 3/31/2021. Government may file a response if they wish.
The parties shall provide a neutral statement of the case by 3/31/2021. If no neutral statement is agreed upon, then the Court will read the Indictment to the prospective jurors.
Counsel shall meet and confer and provide to the Court with a list of the jurors they agree can be excused for cause.
The Court ordered that the FBI Agents shall transport (pursuant to the Writ issued) Samuel Battles from Santa Cruz jail to appear before the Court on Friday, April 2, 2021 at 8:00 a.m. The Court ordered that the FBI Agents are not to speak to Samuel Battles re the case or any matters related to any pending cases. The Court will arrange to have a CJA panel attorney appointed to appear to represent Samuel Battles for the hearing on Friday, April 2, 2021 at 8:00 a.m. Counsel shall prepare a packet of

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Adriana M. Kratzmann*
Courtroom Deputy
Original: Efiled
CC:

materials/information which relate to Mr. Battles and to submit the packet to the Court on Wednesday 3/31/2021.

The Court ordered the bifurcation of the jury process in that the prospective jurors shall appear for orientation on Wednesday, March 31, 2021 and prospective jurors are to return on Friday, April 2, 2021 at 9:00 a.m. for jury selection (voir dire).

Pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial and excluded time through and including 3/31/2021. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

**CASE CONTINUED TO: March 31, 2021 10:00 A.M. for Further Status Conference.**

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that is either: (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment.

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

**Adriana M. Kratzmann**
Courtroom Deputy
Original: Efiled
CC: