UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** March 31, 2021    **Time:** 10:15-11:52 am    **Judge:** Edward J. Davila

**Total Time:** 1 Hr. 37 Mins.

**Case No.**: 20-cr-00432-EJD-1    **Case Name:** UNITED STATES v. Ole Hougen(P)(C)

**Attorney for Plaintiff:** Marissa Harris, Michael Songer

**Attorney for Defendant:** Severa Keith, Tamara Crepet

**Deputy Clerk:** Adriana M. Kratzmann    **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A    **Probation Officer:** N/A

### PROCEEDINGS – STATUS CONFERENCE/MOTION HEARING
### IN-COURT Via AT&T Telephone Conference

Defendant is present and in-custody. Hearing held.
The Court ordered the CJA Appointment of Counsel, Mark Flanagan to represent trial witness Samuel Battle (SB). This appointment is nunc pro tunc as of 3/29/2021. Counsel has provided counsel a packet of information with reports as they relate to SB. **The Court made an ORAL order that the Government may provide Counsel Flanagan with the excerpts of the Grand Jury Transcript and counsel was admonished to not distribute the transcript.** Counsel and SB shall appear before the Court on Friday, April 2, 2021 at 8:00 a.m.
The Court GRANTS Defendant's administrative motion to seal exhibits A-D to Defendants motion re: relevance and admissibility of felony assault with a deadly weapon committed by S.B. on March 23, 2021, and his subsequent false statements to law enforcement (Dkt. 138 filed 3/30/2021).
The Court heard oral arguments and DENYS Defendant's motion (Dkt. 138).

**CASE CONTINUED TO: April 2, 2021 8:00 A.M. for Status Hearing as to trial witness.**
**Jury Selection/Trial: April 2, 2021 at 9:00 A.M.**

*Adriana M. Kratzmann*
Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC:

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that is either: (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment.

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

**Adriana M. Kretzmann**
**Courtroom Deputy**
**Original: Efiled**
**CC:**