UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

## TITLE:  USA v. OLE HOUGEN
## CASE NUMBER:  20-cr-00432-EJD

### Minute Order and Trial Log

Date:  **4/2/2021**
Time in Court: 8:12-8:34,9:00-10:45,11:10-12:43pm,12:55-1:22,1:44-3:21,
3:34-4:00,4:14-5:04,5:41-6:35,6:37-6:48pm **(TOTAL time: 8 hrs. 5 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Marissa Harris, Michael Songer
Also present:  Agents Elizabeth Green and Kyle Biebesheimer
Defendant Attorney(s) present:  Severa Keith, Tamara Crepet
Also present: Olie Hougen (In-custody)

**PROCEEDINGS:  Jury Selection (Day 1)**

Jury Selection held.

Please see trial log attached.
Further Jury Trial set for Monday, April 5, 2021 at 9:00 a.m.

///

**The following exhibits are marked for identification:**
Plaintiffs: N/A
Defendants: N/A

**The following exhibits are admitted into evidence:**
Plaintiffs:  N/A
Defendants:  N/A

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  USA v. Ole Hougen
Case No:  5:20cr00432EJD

## TRIAL LOG

| TRIAL DATE: 4/2/2021 | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 8:12 am | Court in session outside presence of jury with counsel and defendant who is in-custody |
| | | | Counsel Mark Flanagan present and representing trial witness Samuel Battle |
| | | | Counsel for witness Samuel Battle updates the court as to the witness testimony – intends to invoke his Fifth Amendment privilege as to any questions as to his arrest on March 23, 2021 and the case against him in Santa Cruz County. |
| | | 8:23 am | Court conducts voir dire of witness Samuel Battle regarding his invocation of the Fifth Amendment privileges |
| | | 8:34 am | Court takes recess |
| | | 9:00 am | Court in session. Counsel and Defendant present. Group 1 Prospective jurors' seated and oath given |
| | | 10:22 am | Government Counsel Marissa Harris conducts voir dire of prospective jurors |
| | | 10:23 am | Defense Counsel Severa Keith conducts voir dire of prospective jurors |
| | | 10:45 am | Court takes recess |
| | | 11:10 am | Court in session. Counsel and defendant present. Group 2 Prospective jurors' seated and oath given |
| | | 11:15 am | Voir dire by Court of jurors begins |

|  |  | Time | Event |
|---|---|---|---|
|  |  | 12:20 pm | Government Counsel Marissa Harris conducts voir dire of prospective jurors |
|  |  | 12:25pm | Defense Counsel Tamara Crepet conducts voir dire of prospective jurors |
|  |  | 12:41 pm | Government Counsel Marissa Harris inquires of juror re |
|  |  | 12:42 pm | Jury panel have left courtroom to wait in courtroom 2 |
|  |  | 12:43 pm | Court takes recess |
|  |  | 12:55 pm | Court in session with Counsel and Defendant.  Court speak with Juror #39 re confidential information |
|  |  | 1:00 pm | Court excused Juror #46 |
|  |  | 1:05 pm | Group 2 returns to the courtroom for further voir dire |
|  |  | 1:15 pm | Court excused Juror #55 |
|  |  | 1:20 pm | Court excused Juror #41 |
|  |  | 1:22 pm | Court takes recess |
|  |  | 1:44 pm | Court in session with Counsel and Defendant.  Group 3 prospective jurors seated |
|  |  | 3:14 pm | Government Counsel Marissa Harris begins voir dire of jurors |
|  |  | 3:21 pm | Court takes recess – 10 mins |
|  |  | 3:34 pm | Court in session with Counsel and Defendant outside presence of Jury |
|  |  | 3:41 pm | Jury seated |
|  |  | 3:42 pm | Defense Counsel Severa Keith conducts voir dire of jurors |
|  |  | 3:53 pm | Voir dire concludes |
|  |  | 3:56 pm | Group 3 released and excused |
|  |  | 3:58 pm | Court in session with Counsel and Defendant outside presence of jury |
|  |  | 4:00 pm | Court takes 10 min recess |
|  |  | 4:14 pm | Court in session with Counsel and Defendant outside presence of jury |

|  |  | | |
|---|---|---|---|
|  |  | 4:25 pm | Court grants challenge for cause by defense as to Juror 3, Denied as to Juror 15, grants Juror 23 |
|  |  |  | Court grants challenge for cause by government as to Juror 29, Juror 39 and Denied as to Juror 52 |
|  |  |  | Court Denied as to Juror 44, Juror 50 |
|  |  |  | Court grants challenge for cause by government as to Juror 56, Juror 70 |
|  |  |  | Court denies challenge for cause by defense Juror 58 |
|  |  | 4:45 pm | Counsel begins exercising preemptory challenges |
|  |  | 5:04 pm | Off record |
|  |  | 5:41 pm | Court on the record – Government makes Batson motions as to Jurors 1 and 35 |
|  |  |  | Court DENIED the Batson motions as to Jurors 1 and 35 |
|  |  | 6:35 pm | Off record |
|  |  |  | Counsel begin exercising preemptory as to alternates |
|  |  | 6:37 pm | Back on record – Clerk reads into the record the jurors and alternates selected. |
|  |  | 6:48 pm | Court adjourned |
|  |  |  | Further jury trial scheduled for Monday 4/5/2021 at 9:00 am with jurors and 8:30 am with counsel should there be a need prior to jurors seated |