UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

# TITLE:  USA v. OLE HOUGEN
# CASE NUMBER:  20-cr-00432-EJD

## Minute Order and Trial Log

Date: 4/9/2021
Time in Court: 9:13-11:02 am, 11:20-12:06pm,1:56-2:06,2:13-2:20pm
**(TOTAL time: 2 hrs. 52 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Ruth Ekhaus

**APPEARANCES:**
Plaintiff Attorney(s) present:  Marissa Harris, Michael Songer
Also present:  Agents Elizabeth Green and Kyle Biebesheimer
Defendant Attorney(s) present:  Severa Keith, Tamara Crepet
Also present: Ole Hougen (In-custody)

**PROCEEDINGS:  Jury Trial (Day 6)**

**Jury returned a verdict of guilty.  The Court ordered the matter referred to the probation office for preparation of a pre-sentence report.  Sentencing hearing set for July 26, 2021 at 1:30 p.m.**

Please see trial log attached.


///


**The following exhibits are admitted into evidence:**
Plaintiffs:  N/A
Defendants:  N/A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  USA v. Ole Hougen
Case No:  5:20cr00432EJD

## TRIAL LOG

| TRIAL DATE: 4/9/2021 | REPORTER(S):<br>Ruth Ekhaus | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 9:13 am | Jury seated.  Court in session with counsel and defendant |
| | | 9:13 am | Government's closing argument begins by AUSA Michael Songer |
| | | 9:45 am | Defense closing argument begins by FPD Severa Keith |
| | | 11:02 am | Court takes recess |
| | | 11:20 am | Government's rebuttal closing argument begins by AUSA Marissa Harris |
| | | 11:35 am | Court reads jury instructions to the jury |
| | | 12:03pm | Court security officer sworn |
| | | 12:03pm | Jury excused for deliberations |
| | | 12:05pm | The Court admonished the alternates that they are on standby until a verdict is reached |
| | | 12:06pm | Court off record |
| | | | Jury taking lunch and to begin deliberations at 12:45 pm |
| | | 1:56 pm | Court in session outside presence of Jury with counsel and defendant |
| | | 1:57 pm | Court summons' jury and jury is seated |
| | | | Court is in session with jury, counsel and defendant |

2

|  |  | 2:00 pm | Verdict read by the court. Jury polled and unanimous verdict rendered |
|--|--|---------|----------------------------------------------------------------------|
|  |  | 2:01 pm | Court ordered the verdict of guilty be recorded |
|  |  | 2:05 pm | Court releases jury from their jury service |
|  |  | 2:06 pm | Court takes recess |
|  |  | 2:13 pm | Court in session with counsel and defendant |
|  |  |         | Referral to probation office for preparation of a pre-sentence report |
|  |  |         | Sentencing set for July 26, 2021 at 1:30 pm |
|  |  | 2:20 pm | Court adjourned. Jury trial concluded |
|  |  |         |  |
|  |  |         |  |
|  |  |         |  |