# United States v. Ole Hougen
## 20-CR-00432 EJD

### Joint Admitted Exhibit List

| EXH # | SPONSORING PARTY | DATE | | STARTING BATES NUMBER | DESCRIPTION |
|---|---|---|---|---|---|
| | | Marked for Identification | Admitted in Evidence | | |
| 01 | Government | 4/5/21 | 4/5/21 | USA-0000004 | Image of intersection (San Lorenzo and Broadway) |
| 02 | Government | 4/5/21 | 4/5/21 | USA-0000005 | Image of intersection (San Lorenzo and Broadway) |
| 03 | Government | 4/5/21 | 4/5/21 | USA-0000006 | Image of street (San Lorenzo) |
| 04 | Government | 4/5/21 | 4/5/21 | USA-0000007 | Image of walking path |
| 05 | Government | 4/5/21 | 4/5/21 | USA-0000008 | Image of walking path |
| 06 | Government | 4/5/21 | 4/5/21 | USA-0000012 | 911 Call Wendy Campbell Captioned |
| 07 | Government | 4/6/21 | 4/6/21 | USA-0000013 | 911 Call Carlos Nunez Captioned_Redacted |
| 08 | Government | 4/5/21 | 4/5/21 | USA-0000317 | Video clip of J. Garcia body worn camera footage (44:14-45:30) |
| 09 | Government | 4/5/21 | 4/5/21 | USA-0000323 | Video clip of K. Bailey body worn camera footage (0:29-1:57) |
| 10 | Government | 4/5/21 | 4/5/21 | USA-0000428 | Image of S.B. |

## United States v. Ole Hougen
## 20-CR-00432 EJD

### Joint Admitted Exhibit List

| | | | | | |
|---|---|---|---|---|---|
| 11 | Government | 4/5/21 | 4/5/21 | USA-0000429 | Image of S.B. |
| 12 | Government | 4/5/21 | 4/5/21 | USA-0000431 | Image of S.B.'s sheath |
| 13 | Government | 4/5/21 | 4/5/21 | USA-0000436 | Image of Ole Hougen's knife |
| 17 | Government | 4/5/21 | 4/5/21 | N/A | Actual knife recovered from Ole Hougen |
| 18 | Government | 4/5/21 | 4/5/21 | USA-0000058 | Picture of Ole Hougen from July 5, 2020 |
| 19 | Government | 4/5/21 | 4/5/21 | USA-0000741 | Picture of Eric Jordan from December 29, 2018 |
| 21 | Government | 4/5/21 | 4/5/21 | USA-0000855 | Satellite image of intersection of Broadway and San Lorenzo Boulevard |
| 201 | Defense | 4/7 | 4/7 | USA-0000318 | Still of O. Hougen at 1:38 |
| 202 | Defense | 4/7 | 4/7 | USA-0000318 | Still of O. Hougen at 3:59 |
| 205 | Defense | 4/7 | 4/7 | USA-0000431 | Webbed Knife Holster |
| 206 | Defense | 4/7 | 4/7 | USA-0000432 | Webbed Knife Holster – Officer Finger |
| 207 | Defense | 4/8 | 4/8 | USA-0000428 | Head Shot – Face View |

## United States v. Ole Hougen
## 20-CR-00432 EJD

## Joint Admitted Exhibit List

| 211 | Defense | 4/5 | 4/5 | USA-0000321 | Still of S. Battle Knife |
| 218 | Defense | 4/6 | 4/6 | USA-0000318 | Clip 1 (0:39-0:45) |
| 219 | Defense | 4/6 | 4/6 | USA-0000318 | Still photo of :40 mark in BWC video |
| 220 | Defense | 4/7 | 4/7 | USA-0000321 | Second Still of S. Battle Knife – full blade |
| N/A | Joint | 4/6 | 4/6 | N/A | Joint Stipulation re Hougen's Prior Convictions |
| N/A | Joint | 4/6 | 4/6 | N/A | Joint Stipulation re Forensic Testing of Hougen's Knife |

3