IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>OLE HOUGEN,<br><br>    Defendant. | Case No.: CR 20–432 EJD<br><br>**[PROPOSED] ORDER RE STIPULATION ON BRIEFING SCHEDULE FOR DEFENDANT'S FRCrP 29 AND FRCrP 33 MOTIONS**<br><br>Courtroom 4, 5th Floor |

The defense has advised the government of its intention to file motions pursuant to Federal Rules of Criminal Procedure 29 and 33.  The parties have conferred and stipulate to the following briefing schedule for Defendant's motions.

Based on the stipulation of the parties, it is respectfully requested that the Court order the parties to submit their briefs on Defendant's FRCrP 29 and FRCrP 33 Motions as follows:

June 10, 2021:  Defendant files opening briefs

July 8, 2021:  Government files opposition briefs

July 19, 2021:  Defendant files reply briefs

TBD:  Motion hearing

IT IS SO STIPULATED.

April 21, 2021  
Dated

STEPHANIE HINDS  
Acting United States Attorney  
Northern District of California

/S  
MARISSA HARRIS  
Assistant United States Attorney

/S  
MICHAEL SONGER  
Attorney, Criminal Section,  
Civil Rights Division

April 21, 2021  
Dated

GEOFFREY HANSEN  
Acting Federal Public Defender  
Northern District of California

/S  
SEVERA KEITH  
Assistant Federal Public Defender

/S  
TAMARA CREPET  
Assistant Federal Public Defender

IT IS SO ORDERED.

Dated

EDWARD J. DAVILA  
United States District Judge

STIP BRIEFING SCHEDULE MOTIONS FRCrP 29 AND 33  
*HOUGEN*, CR 20–432 EJD