United States v Hougen
CR 20-432 EJD
Exhibit C

GEOFFREY HANSON
Acting Federal Public Defender
SEVERA KEITH
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Email: severa_keith@fd.org

Counsel for Defendant HOUGEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>OLE HOUGEN,<br><br>            Defendant. | No. CR 20-00432 EJD<br><br>**MANUAL FILING NOTIFICATION RE EXHIBIT C TO DEFENDANT'S SENTENCING MEMORANDUM, PSYCHOLOGICAL EVALUATION (FILED UNDER SEAL)** |

## **MANUAL FILING NOTIFICATION**

Regarding Exhibit C to Defendant's Sentencing Memorandum:

This filing is filed under seal, and is being maintained in the Under Seal case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard copy shortly.

For information on retrieving this filing directly from the court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

///

*United States v. Hougen*
Case No. CR 20-00432 EJD

1

1     This filing was not e-filed for the following reason(s):

2     __X__  Psychological Evaluation, by Dr. Scott Lines (FILED UNDER SEAL)

3     Dated: November 9, 2021         Respectfully Submitted,

4                                           GEOFFREY HANSEN

5                                           s/_____

6                                           SEVERA KEITH
                                           Acting Assistant Federal Public Defender

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    *United States v. Hougen*
      Case No. CR 20-00432 EJD